# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01592-LTB-SBP

MINDY SZETO,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, by and through The Regents of the University of Colorado, a body corporate; and
LESLIE LANGE;

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF No. 57] by Senior District Judge Lewis T. Babcock entered on February 19, 2025, it is

ORDERED that judgment is entered in favor of Defendant University of Colorado on Plaintiff's claims for Title IX retaliation predicated on her dismissal from the Graduate School; Title IX retaliation predicated on her referral to the CPHP and dismissal from the Medical School; and violation of Title II of the ADA.   It is

FURTHER ORDERED that judgment is entered in favor of Defendant Leslie Lange on Plaintiff's claim for § 1983 claim for First Amendment retaliation.   It is

FURTHER ORDERED that Defendants are entitled to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.   It is

FURTHER ORDERED that this case is closed.

Dated this 19th day of February, 2025.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL

                                      By:   s/C. Pearson, Deputy Clerk