UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 29, 2025

Megan H. Clark
Hermine Kallman
University of Colorado
Office of University Counsel-Litigation
1800 Grant Street, Suite 700
Denver, CO 80203-0000

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Michael Nolt
Igor Raykin
Kishinevsky & Raykin
2851 South Parker Road, Suite 150
Aurora, CO 80014

**RE: 25-1106, Szeto v. University of Colorado, et al**
Dist/Ag docket: 1:22-CV-01592-LTB-SBP

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds